1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PREFERRED CAPITAL LENDING, INC., et al.,       )
                                               )
              Plaintiff(s),                    )       Case No. 2:13-cv-00368-GMN-NJK
                                               )
vs.                                            )       ORDER DENYING PROPOSED
                                               )       DISCOVERY PLAN (Docket No. 18)
STEPHEN D. CHAKWIN, JR., et al.,               )
                                               )
              Defendant(s).                    )
_____)

16    Pending before the Court is the Proposed Discovery Plan, Docket No. 18, which is hereby

17   **DENIED**.  The presumptive discovery period is 180 days from the date the first defendant answers

18   or appears.  Local Rule 26-1(e)(1).  In this instance, Defendant answered on March 12, 2013, so the

19   Court will calculate the presumptively reasonable discovery cut off September 9, 2013.

20    Accordingly, no later than May 1, 2013, the parties shall file an amended proposed discovery

21   plan using that discovery cut off.   The amended proposed discovery plan shall also provide

22   proposed dates based on a discovery cut off September 9, 2013 for the deadlines discussed in Local

23   Rule 26-1(e)(2)-(5).

24    IT IS SO ORDERED.

25    DATED: April 26, 2013

26
                                              _____
27                                            NANCY J. KOPPE
                                              United States Magistrate Judge
28