**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PREFERRED CAPITAL LENDING, INC., et al., ) | Case No. 2:13-cv-00368-GMN-NJK |
| ) | |
| Plaintiff(s), ) | **ORDER DENYING MOTION** |
| ) | **TO VACATE SETTLEMENT** |
| v. ) | **CONFERENCE OR TO ALLOW** |
| ) | **DEFENDANT TO APPEAR** |
| STEPHEN D. CHAKWIN, JR., ) | **REMOTELY** |
| ) | |
| Defendant(s). ) | (Docket No. 35) |

On October 16, 2013, Judge Navarro referred this matter to the undersigned to set a settlement conference. Docket No. 29. That same day, the undersigned scheduled a settlement conference for December 5, 2013. Docket No. 30. Now pending before the Court is Defendant's motion (1) to vacate the settlement conference until an order is issued resolving the pending motions for summary judgment or, alternatively, (2) to allow Defendant to appear at the settlement conference remotely. The Court has considered both requests and they are hereby DENIED.

IT IS SO ORDERED.

DATED: October 31, 2013

_____
Nancy J. Koppe
United States Magistrate Judge