Ronald C. Minkoff (admitted *pro hac vice*)
FRANKFURT KURNIT KLEIN & SELZ PC
488 Madison Avenue, 10th Floor
New York, New York 10022
Tel: (212) 908-0120
Fax: (212) 593-9175
rminkoff@fkks.com

Kimberley R. McGhee (No. 009728)
LAW OFFICES OF KIMBERLEY R. MCGHEE, P.C.
8880 W. Sunset Rd., Ste. 250
Las Vegas, NV 891483
Tel: (702) 423-9491
kmcghee@kmcgheelaw.com

*Attorneys for Defendant Stephen D. Chakwin, Jr.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| PREFERRED CAPITAL LENDING, INC., an Illinois Corporation; and PREFERRED CAPITAL LENDING OF NEVADA, LLC, a Nevada Limited Liability Company, | ) ) ) ) ) ) ) | Case No.: 2:13-CV-00368-GMN-NJK |
| Plaintiffs, | ) ) ) | **DEFENDANT'S NOTICE OF MOTION AND MOTION TO EXCLUDE PLAINTIFFS' IMPROPER SUPPLEMENTAL REPLY [ECF NO. 42]** |
| vs. | ) ) ) | |
| STEPHEN D. CHAKWIN, JR., an Individual; DOES I through X inclusive; ROE BUSINESS ENTITY XI through XX, inclusive, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**PLEASE TAKE NOTICE** that on December 20, 2013 at 9:30 a.m., or as soon thereafter as the matter may be heard by the Honorable Gloria M. Navarro of the United States District Court for the District of Nevada, located at 333 S. Las Vegas Boulevard, Las Vegas, Nevada, 89101, Defendant Stephen D. Chakwin, Jr. will, and hereby does, move to exclude Plaintiffs' Preferred Capital Lending, Inc.'s and Preferred Capital Lending of Nevada, LLC's filing dated December 9, 2013

styled "Supplemental Reply to Defendant's Opposition to Plaintiffs' Motion for Adverse Inference and for Summary Judgment on Plainff's First and Second Causes of Action; And Opposition to Defendant's Cross-Motion for Summary Judgment" [ECF No. 42] (the "Surreply") in its entirety because it is procedurally improper.

      This motion is brought on the grounds that Plaintiffs' Surreply is not authorized under the Federal Rules of Civil Procedure, the Court's Local Rules, or by order of this Court. Plaintiffs' Surreply is therefore procedurally improper and should be stricken or excluded in its entirety. Furthermore, the Surreply must be excluded because it impermissibly seeks to advance new, inconsistent legal arguments and includes as exhibits documents that Plaintiffs failed to produce at any time during discovery. In the alternative, Defendant respectfully seeks leave of this Court to file an appropriate response to Plaintiffs' Surreply.

      This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the pleadings and other papers filed in this action, and upon such other argument and evidence as may be presented to the Court.

DATED:    December 13, 2013
            New York, New York

   FRANKFURT KURNIT KLEIN & SELZ PC

By: *  /s/ Ronald C. Minkoff*

    Ronald C. Minkoff

488 Madison Avenue, 10th Floor
New York, New York 10022
Tel: (212) 908-0120
Fax: (212) 593-9175
rminkoff@fkks.com

*Attorneys for Defendant*
*Stephen D. Chakwin, Jr.*

- and –

Kimberly R. McGhee, Esq.
8880 W. Sunset Rd., Ste. 250
Las Vegas, NV 89148
702-423-3491 Tel
702-253-7565 Fax

Kmcghee@kmcgheelaw.com