Andrew J. Ungberg (admitted *pro hac vice*)
FRANKFURT KURNIT KLEIN & SELZ PC
488 Madison Avenue, 10th Floor
New York, New York 10022
Tel: (212) 908-0120
Fax: (212) 593-9175
aungberg@fkks.com

Kimberley R. McGhee (No. 009728)
LAW OFFICES OF KIMBERLEY R. MCGHEE, P.C.
8880 W. Sunset Rd., Ste. 250
Las Vegas, NV 891483
Tel: (702) 423-9491
kmcghee@kmcgheelaw.com

*Attorneys for Defendant Stephen D. Chakwin, Jr.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PREFERRED CAPITAL LENDING, INC., an Illinois Corporation; and PREFERRED CAPITAL LENDING OF NEVADA, LLC, a Nevada Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>STEPHEN D. CHAKWIN, JR., an Individual; DOES I through X inclusive; ROE BUSINESS ENTITY XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:13-CV-00368-GMN-NJK<br><br>**NEW HEARING DATE/TIME:**<br>Thursday, September 25, 2014 at 1:30 p.m.<br>Courtroom 7D before The Honorable<br>Gloria M. Navarro, Chief Judge,<br>United States District Court |

<u>**STIPULATED APPLICATION TO CONTINUE ORAL ARGUMENT**</u>

(First Request)   <u>**AND ORDER**</u>

Plaintiffs Preferred Capital Lending, Inc. and Preferred Capital Lending of Nevada, LLC (together "PCL") and Defendant Stephen D. Chakwin, by and through their undersigned attorneys, hereby stipulate and agree as follows:

1. WHEREAS, on September 27, 2013, PCL filed a "Motion for Summary Judgment on Plaintiffs' First and Second Causes of Action" [ECF No. 26];

2. WHEREAS, on October 28, 2013, Mr. Chakwin filed a "Cross Motion for Summary Judgment" [ECF No. 31];

3. WHEREAS, on August 29, 2014, this Court entered an order setting oral argument on the above-referenced motions for September 18, 2014;

4. WHEREAS, Mr. Chawkwin's undersigned counsel is unavailable on this date because counsel will be on trial in another matter from September 16 through and including September 23, 2014; and

5. WHEREAS, the Parties have conferred regarding their respective schedules and believe there is good cause for a brief continuance of oral argument;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court that:

1. The oral argument currently scheduled for September 18, 2014 shall be continued until **September 25, 2014, at the hour of 1:30 p.m. in Courtroom 7D.**

DATED:   September 10, 2014
         New York, New York

FRANKFURT KURNIT KLEIN & SELZ PC

By: _____
    Andrew J. Ungberg

488 Madison Avenue, 10th Floor
New York, New York 10022
Tel: (212) 908-0120
Fax: (212) 593-9175
Aungberg@fkks.com

*Attorneys for Defendant Stephen D. Chakwin, Jr.*

– and –

Kimberly R. McGhee, Esq.
8880 W. Sunset Rd., Ste. 250
Las Vegas, NV 89148
702-423-3491 Tel
702-253-7565 Fax
Kmcghee@kmcgheelaw.com

IT IS SO ORDERED.

_____
Gloria M. Navarro, Chief Judge
United States District Court

DATED:  09/11/2014

DATED: September __, 2014
Las Vegas, Nevada

CLAGGET & SYKES LAW FIRM

By_____
Matthew S. Granda

8751 W. Charleston Blvd., Suite 220
Las Vegas, NV 89117
Tel: (702) 655-2346
Fax: (702) 655-3763
mgranda@claggettlaw.com

*Attorneys for Plaintiffs Preferred Capital Lending, Inc. and Preferred Capital Lending of Nevada, LLC*